

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>ALVARO Zendejas-Pimentel<br>DEFENDANT(S). | CASE NUMBER<br>CR-10-00757-DMG<br><br>ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT |
|---|---|

Upon motion of ___deft_____, IT IS ORDERED that a detention hearing is set for ___Detn Hrg_____, _12/11/14_, at _9:30_ ☒a.m. / ☐p.m. before the Honorable RALPH ZAREFSKY, U.S. MAGISTRATE JUDGE_____, in Courtroom _____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: _12/5/14_                    _[signature]_
                                    U.S. District Judge/Magistrate Judge