UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    vs.<br><br>    Zendejas-Pimentel<br><br>            Defendant. | Case No.: CR-10-00757-DMG<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed.R.Crim.P. 32.1(a)(6);<br>18 U.S.C. 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___C D Cal___ for alleged violation(s) of the terms and conditions of his/~~her~~ [~~probation~~] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.  (✓) The defendant has not met his/~~her~~ burden of establishing by clear and convincing evidence that he/~~she~~ is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on ___demonstrated inability to comply w/ court orders; recent___

1   _conviction on underlying charge_

2

3

4   and/or

5  B.  (✓) The defendant has not met his/her burden of establishing by
6   clear and convincing evidence that he/she is not likely to pose
7   a danger to the safety of any other person or the community if
8   released under 18 U.S.C. § 3142(b) or (c). This finding is based
9   on: _Criminal history that led to deportations_

14   IT THEREFORE IS ORDERED that the defendant be detained pending
15  the further revocation proceedings.

17  Dated:   12/11/14

                                        _/s/ Ralph Zarefsky_
                                        RALPH ZAREFSKY
                                        UNITED STATES MAGISTRATE JUDGE